**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PEIZHUN ZHENG,

      Petitioner,

v.

FNU LNU, Warden, Cibola County Correctional Center;
MARWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; and PAM
BONDI, Attorney General of the United States,

      Respondents.

Nos. 1:26-cv-01197-DHU-JHR, Lead Case
1:26-cv-01582-KWR-KRS

**ORDER OF CONSOLIDATION**

THIS MATTER is before the Court on Respondent's Opposed[1] Motion to Consolidate ("Motion"). Doc. 8. Having reviewed the Motion and the relevant law, the Court GRANTS Respondent's Motion.

On April 16, 2026, Petitioner filed a Petition for Writ of Habeas Corpus in this District. *See* Doc. 1 in 1:26-cv-01197-DHU-JHR. On April 20, 2026, the Court (Hon. David Herrera Urias) ordered Respondents to show cause within ten (10) business days. *See* Doc. 2 in 1:26-cv-01197-DHU-JHR. On May 1, 2026, Respondents filed their response in the case. *See* Doc. 6 in 1:26-cv-01197-DHU-JHR.

On May 18, 2026, Petitioner filed a second Petition for Writ of Habeas Corpus in this District, opening a new case. *See* Doc. 1 in 1:26-cv-01582-KWR-KRS. This second Petition is identical to the first. *Compare* Doc. 1 in 1:26-cv-01197-DHU-JHR and Doc. 1 in 1:26-cv-01582-KWR-KRS. The Court (Hon. Kea W. Riggs) ordered Respondents to show cause within ten (10) business days. *See* Doc. 3 in 1:26-cv-01582-KWR-KRS.

---

[1] Petitioner takes no position on the requested consolidation. *See* Doc. 8 at 1.

Given that Petitioner's Habeas Petitions are identical, the Court agrees that the two Petitions involve "common questions of law or fact" and that the Court should, therefore, consolidate these two habeas cases. *See* Fed. R. Civ. P. 42(a).

**IT IS THEREFORE ORDERED** that *Zheng v. LNU et al*, 1:26-cv-01197-DHU-JHR and *Zheng v. LNU et al*, 1:26-cv-01582-KWR-KRS are CONSOLIDATED for all purposes.

**IT IS FURTHER ORDERED** that the case with the lower terminal digit, ***Zheng v. LNU et al*, 1:26-cv-01197-DHU-JHR**, is designated as the LEAD CASE.

**IT IS FURTHER ORDERED** that all further pleadings, motions and documents shall only bear ***Zheng v. LNU et al*, 1:26-cv-01197-DHU-JHR**, the LEAD CASE NUMBER, and shall be filed in that docket.

**IT SO ORDERED**.

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE